UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-CV-11940-RWZ

SCOTT SCHMIDHAUSER, on behalf of himself
and all others similarly situated

v.

TUFTS UNIVERSITY

ORDER

April 15, 2021

ZOBEL, S.D.J.

The allegations in the amended complaint appear to be based entirely on the University's Covid adjustments for its undergraduate programs. However, plaintiff describes himself as a graduate student in the School of Dental Medicine and the amended complaint is brought "on behalf of himself and all others similarly situated." Because the underlying facts are limited to the University's undergraduate programs, the motion to dismiss (Docket # 22) is ALLOWED without prejudice to plaintiff filing a further amended complaint by May 3, 2021.

April 15, 2021
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

1