UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCOTT SCHMIDHAUSER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TUFTS UNIVERSITY,<br><br>Defendant. | Civil Action No. 20-CV-11940-AK |

**JUDGMENT**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Memorandum and Order [Dkt. 142] entered on December 13, 2024, it is hereby ORDERED:

Judgment entered for the Defendant.

By the Court,

Dated: December 13, 2024

/s/ Miguel A. Lara
Deputy Clerk

1